IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD MAURICE HUDSON, JR.,

    Plaintiff,                             No. CIV S-07-1337 FCD EFB P

    vs.

TIMOTHY L. FRAWLEY, et al.,

    Defendants.                     <u>ORDER</u>

_____/

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement. Additionally, the certificate portion of the application, including the average balance and deposits for the six months prior to filing suit, has not been filled out or signed by a prison official.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Plaintiff has 30 days from the date this order is served to submit the required trust
3 account statement and completed certificate portion of his application. Failure to comply with
4 this order will result in a recommendation that this action be dismissed.

5    2. The Clerk of the Court is directed to send to plaintiff a copy of the in forma pauperis
6 application used in this district.

7 Dated:  November 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE