IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD MAURICE HUDSON, Jr.,

      Plaintiff,                        No. CIV S-07-1337 FCD EFB P

      vs.

TIMOTHY L. FRAWLEY, et al.,

      Defendants.                 <u>ORDER</u>

_____/

Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has twice been ordered to file a completed application to proceed *in forma pauperis* and the required trust account statement. On November 19, 2007, he filed a letter, which the court construes as a request for an extension of time in which to submit a completed application and the required trust account statement.

Accordingly, plaintiff has 20 days from the date this order is served to submit a new application to proceed in forma pauperis and the required trust account statement. The Clerk of the Court is directed to send plaintiff a new application to proceed in forma pauperis by a prisoner.

////

////

1

1      Failure to comply with this order will result in a recommendation that this action be
2 dismissed.
3      So ordered.
4 DATED: April 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2