IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD MAURICE HUDSON, JR.,

    Plaintiff,                              No. CIV S-07-1337 FCD EFB P

    vs.

TIMOTHY L. FRAWLEY, et al.,

    Defendants.                       <u>FINDINGS AND RECOMMENDATIONS</u>

        On November 11, 2007, the court ordered plaintiff to file a new and complete in forma pauperis affidavit which included the required trust account statement and completed certificate portion of the application. That order warned plaintiff that his failure to timely do so would result in a recommendation that this action be dismissed. On April 8, 2008, the court granted plaintiff an extension of 20 days in which to comply with the November 11, 2007, order.

        The 20-day period has expired and plaintiff has not filed a completed in forma pauperis affidavit or otherwise responded to the court's order.

        It therefore is RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1 objections with the court and serve a copy on all parties.  Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
3 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5 Dated:  July 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE